```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 20341
    FELESA M MELVIN
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-7194


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 08/04/2008 and was not confirmed.

    The case was dismissed without confirmation 10/16/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE LLC   MORTGAGE NOTI NOT FILED              .00            .00
HSBC BANK/OCWEN LOAN     MORTGAGE NOTI NOT FILED              .00            .00
OCWEN FEDERAL BANK       CURRENT MORTG      .00               .00            .00
OCWEN FEDERAL BANK       MORTGAGE ARRE  76363.15              .00            .00
BELL WEST CU             SECURED VEHIC      .00               .00            .00
CHASE MANHATTAN MORTGAGE CURRENT MORTG      .00               .00            .00
CHASE MANHATTAN MORTGAGE SECURED NOT I   8297.70              .00            .00
COLLEGE ACCESS NETWORK   UNSECURED      45590.81              .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED        186.99              .00            .00
MARIX SERVICING LLC      MORTGAGE NOTI NOT FILED              .00            .00
ROUNDUP FUNDING LLC      UNSECURED        344.00              .00            .00
OCWEN FEDERAL BANK       UNSECURED     NOT FILED              .00            .00
CHASE MANHATTAN MORTGAGE UNSECURED     NOT FILED              .00            .00
AURORA LOAN SERVICES     CURRENT MORTG      .00               .00            .00
AURORA LOAN SERVICES     MORTGAGE ARRE  13962.00              .00            .00
AURORA LOAN SERVICES     UNSECURED     NOT FILED              .00            .00
CITIBANK MTG             CURRENT MORTG      .00               .00            .00
CITIBANK MTG             MORTGAGE ARRE   8086.00              .00            .00
CITIBANK MTG             UNSECURED     NOT FILED              .00            .00
AMERICAS SERVICING CO    UNSECURED     NOT FILED              .00            .00
BELL WEST COMMUNITY CU   UNSECURED     NOT FILED              .00            .00
CAPITAL ONE AUTO FINANCE UNSECURED     NOT FILED              .00            .00
FREMONT INVESTMENT & LOA UNSECURED     NOT FILED              .00            .00
NELNET                   UNSECURED     NOT FILED              .00            .00
NELNET                   UNSECURED     NOT FILED              .00            .00
WELLS FARGO HOME MTG     UNSECURED     NOT FILED              .00            .00
WELLS FARGO HOME MTG     UNSECURED     NOT FILED              .00            .00
MR RODNEY                NOTICE ONLY   NOT FILED              .00            .00
MS LASHON                NOTICE ONLY   NOT FILED              .00            .00
ECAST SETTLEMENT         UNSECURED         39.86              .00            .00
ECAST SETTLEMENT         UNSECURED        538.32              .00            .00
ERNESTO D BORGES JR      DEBTOR ATTY     2,774.00                        1,197.22
TOM VAUGHN               TRUSTEE                                            92.89
DEBTOR REFUND            REFUND                                              .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 20341 FELESA M MELVIN
```

Summary of Receipts and Disbursements:

```
------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 1,290.11

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                               1,197.22
TRUSTEE COMPENSATION                            92.89
DEBTOR REFUND                                     .00
                       ---------------    ---------------
TOTALS                   1,290.11             1,290.11
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                    PAGE   2
        CASE NO. 08 B 20341 FELESA M MELVIN